**UNITED STATES DISTRICT COURT**
**District of Maine**

| | |
|---|---|
| **TRANSCONTINENTAL** ) | |
| **REFRIGERATED LINES, INC.,** ) | |
|     **Plaintiff** ) | |
| ) | |
| v. ) | Civil No. 06-46-B-S |
| ) | |
| **STATE OF MAINE,** ) | |
| ) | |
|     **Defendant** ) | |
| ) | |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on June 7, 2006 his Recommended Decision (Docket No. 7). Plaintiff filed its Objection to Report and Recommended Decision on June 26, 2006 (Docket No. 8). Defendant filed its Response to Objection on July 6, 2006 (Docket No. 9).

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

2. Defendant's Motion to Dismiss (Docket No. 4) is GRANTED.

                                                                                /s/ George Z. Singal
                                                                                 Chief U.S. District Judge

Dated: July 14, 2006.